# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DERIC LAVELLE MAY, #209534, )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>TONY PATTERSON, DONNY MYERS, )<br>and SYLVIA HICKS, )<br>  Defendants. ) | CIVIL ACTION NO. 11-00675-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 73) is made, the Report and Recommendation (Doc. 69) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 24, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion for Summary Judgment (Docs. 31, 32, 38, 47) is **GRANTED** and that this action is **DISMISSED with prejudice**.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **9th** day of **September 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**